ACCEPTED
15-25-00117-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
9/15/2025 1:55 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00117-CV

| | | |
|---|---|---|
| **The State of Texas,** | § | FILED IN<br>15th COURT OF APPEALS |
| *Appellant/Cross-Appellee,* | § | |
| | § | **In the Court of Appeals** AUSTIN, TEXAS |
| **Vs.** | § | 9/15/2025 1:55:56 PM |
| | § | CHRISTOPHER A. PRINE |
| | § | **State of Texas** Clerk |
| **Patrick Cox, for himself and as agent** | § | |
| **For AOC Ranches, LLC, Team** | § | |
| **Advertising Services, Inc., CCLHR** | § | **15th Judicial District** |
| **Enterprises, LLC, and VPizza** | § | |
| **Restaurant 001, LLC,** | § | |
| *Appellees/Cross-Appellants* | § | |

## UNOPPOSED MOTION TO EXTEND TIME TO FILE BRIEFS

Patrick Cox, for himself and as agent for AOC Ranches, LLC, Team Advertising Services, Inc., CCLHR Enterprises, LLC, and VPizza Restaurant 001, LLC ("Patrick Cox" or "Appellees/Cross-Appellants"), files this unopposed motion to extend time for both parties to file Reply Briefs. In support of said Motion, Patrick Cox would show the Court as follows:

Counsel for Patrick Cox has conferred with counsel for the State of Texas, and the State of Texas does not oppose this motion for extensions.

On June 30, 2025, the State of Texas filed an accelerated appeal of the state court's *Order Granting in Part and Denying in Part Texas' Plea to the Jurisdiction and Motion for Summary Judgment*. On July 3, 2025, Patrick Cox filed a cross-appeal.

On or about July 3, 2025, Patrick Cox filed a cross-petition for an interlocutory appeal.

Briefs have been filed by both parties on the appeals.

Reply briefs are due by both parties on or about September 16, 2025. Counsel for Patrick Cox has requested from counsel for the State of Texas an extension. The State of Texas does not oppose a mutual extension.

WHEREFORE, Patrick Cox respectfully requests this Court extend the deadlines to file reply briefs for both Patrick Cox and the State of Texas to September 30, 2025, and further requests this Court grant any and all other relief to which Patrick Cox may be entitled.

Dated:   September 15, 2025

Respectfully submitted,

*/s/ Reese W. Baker*
Reese W. Baker
TX Bar No. 1587700
Baker & Associates
950 Echo Lane, Suite 300
Houston, TX 77024
Phone: (713) 869-9200
Fax: (713) 869-9100
Email: courtdocs@bakerassociates.net
ATTORNEY FOR THE APPELLEES/
CROSS-APPELLANTS

## CERTIFICATE OF SERVICE

I hereby certify that on or about September 15, 2025, a true and correct copy of the foregoing document was served upon all parties of notice via email and electronic service.

*/s/ Reese W. Baker*
Reese W. Baker

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Reese Baker on behalf of Reese Baker
Bar No. 1587700
courtdocs@bakerassociates.net
Envelope ID: 105606511
Filing Code Description: Motion
Filing Description: Mtn to Ext time for briefs 20250915
Status as of 9/15/2025 2:08 PM CST

Associated Case Party: Patrick Cox

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Reese Baker | 1587700 | courtdocs@bakerassociates.net | 9/15/2025 1:55:56 PM | SENT |

Associated Case Party: The State of Texas

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ali Thorburn | | ali.thorburn@oag.texas.gov | 9/15/2025 1:55:56 PM | SENT |
| Jacob Beach | | jacob.beach@oag.texas.gov | 9/15/2025 1:55:56 PM | SENT |
| Amanda Ruch | | amanda.ruch@oag.texas.gov | 9/15/2025 1:55:56 PM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 9/15/2025 1:55:56 PM | SENT |